**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**COREY E. THOMAS**                                                                         **PLAINTIFF**

**v.**                                      **5:07CV00200-WRW**

**WASHINGTON DEMILITARIZATION**                                        **DEFENDANTS**
**COMPANY LLC, et al.**

## ORDER

A telephone conference was held in this case today in connection with a dispute that arose during the deposition of Mr. Ted Howard.  During the deposition, Defendants objected to a certain line of questioning based on an order in *Dexter Duren v. Washington Group International, Inc.*,[1] a case pending before United States District Judge Brian Miller. During the teleconference, I ordered the witness, Mr. Howard, to answer Plaintiff's counsel's questions.

If Defendants believe that my ruling make circumvent Judge Miller's order[2] in the *Duren* case, their lawyers may take that issue up with Judge Miller in that case.

IT IS SO ORDERED this 24th day of March, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1]5:07-CV-00297-BSM, Doc. No. 21.

[2]*Id.*