# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**COREY E. THOMAS**                                                                              **PLAINTIFF**

**VS.**                                  **5:07CV00200-WRW**

**THE WASHINGTON DEMILITARIZATION
COMPANY, LLC; and WASHINGTON
GROUP INTERNATIONAL (now wholly owned
subsidiaries of URS Corporation)**                                              **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

Based upon the reasons set forth in the Joint Motion to Dismiss With Prejudice, the Court orders the dismissal of Plaintiff's Complaint, with prejudice.

IT IS SO ORDERED this 24th day of April 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE